# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HAYDEN MCCULLERS, CONNIE PULVER, LAURIE BRITTON, KENNETH J. BROWN, LLOYD MCCLAIN, JR., STEVEN MICHAEL, MELANIE D. MILLER, ISAAC DAVE MITCHELL, ROBERT A. SNYDER, JAY CLIFFORD WENHOLD,**

        **Plaintiffs,**

**-vs-**                              **Case No.  6:13-cv-163-Orl-28KRS**

**DOLLAR TREE STORES, INC.,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiffs' Unopposed Motion to Sever and Transfer (Doc. No. 46) filed April 29, 2013.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 8, 2013 (Doc. No. 49) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Unopposed Motion to Sever and Transfer (Doc. 46) is **GRANTED**.

3. The claims of Plaintiffs Hayden McCullers and Clifford Wenhold are **SEVERED** from the claims of the other Plaintiffs in this case. The Clerk of the Court is directed to open a new case for their claims against Defendant. Once the new case is opened, the Clerk is directed to transfer the case for Plaintiffs McCullers and Wenhold to the United States District Court for the Northern District of Florida, Pensacola Division.

4. After the claims of Plaintiffs McCullers and Wenhold are severed, the Clerk of the Court is directed to transfer this case (claims of Plaintiffs Lloyd McClain, Jr., Steven Michael, and Robert A. Snyder)[1] to the Tampa Division of this Court.

5. After this case has been transferred as set forth above, the Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of June, 2013.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge

---

[1] The claims of the five other named Plaintiffs have been dismissed (Doc. Nos. 29, 34).